UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ALEJANDRO GUZMAN,

        Plaintiff,

  v.                                  Civil Action 2:22-cv-3093
                                       Judge Edmund A. Sargus, Jr.
                                       Magistrate Judge Chelsey M. Vascura

COCA COLA BOTTLING CO.
CONSOLIDATED,

        Defendant.

## ORDER

This matter is before the Court on the parties' Joint Motion to Extend Case Deadlines. (ECF No. 12.) For good cause shown, the parties' Motion is **GRANTED**. The case schedule is extended as follows:

- All discovery shall be completed by **September 13, 2023**; and

- Case dispositive motions must be filed by **October 16, 2023**.

IT IS SO ORDERED.

                                              /s/ *Chelsey M. Vascura*
                                              CHELSEY M. VASCURA
                                              UNITED STATES MAGISTRATE JUDGE